September 28, 2010

Mr. Craig A. Morgan
718 Sunfish
Austin, TX 78734-4410

Mr. Robert E. Ammons
The Ammons Law Firm, L.L.P.
3700 Montrose Blvd.
Houston, TX 77006
Mr. G. Danny Mena
3233 North Piedras
El Paso, TX 79930

RE: Case Number: 10-0506
 Court of Appeals Number: 08-08-00173-CV
 Trial Court Number: 2005-5920

Style: FORD MOTOR COMPANY
 v.
 PATRICIA CHACON, ET AL.

Dear Counsel:

 The Supreme Court of Texas requests that respondent file a response to
the petition for review in the above-referenced case. The response is due
in this office no later than 3:00 p.m., October 28, 2010. PLEASE NOTE that
Tex. R. App. P. 9.2(b) does not apply. There is no filing fee associated
with this requested response.
 NOTE: Effective February 15, 2010, attorneys must e-mail electronic
copies of petitions, responses, replies, briefs on the merits, amicus
briefs, post-submission briefs, motions for rehearing, and emergency
motions to the Clerk of the Court on the same day that the paper copies are
filed. The electronic copies must be e-mailed to
scebriefs@courts.state.tx.us. For more details, see the Court's Order
Requiring Electronic Documents in the Supreme Court of Texas at
http://www.supreme.courts.state.tx.us/miscdocket/10/10906500.PDF.
 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Ken |
| |Coffman |